COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| OLA KATHLEEN PARKER, Independent Executor of the Estate of J. LOYD PARKER, III, Deceased, | § § § | No. 08-19-00121-CV |
| Appellant, | § | Appeal from |
| v. | § | the 143rd Judicial District Court |
| MICHELLE ELISE PARKER JORDAN AND ALLISON RENEE PARKER, | § | of Reeves County, Texas |
| Appellees. | § | (TC#16-03-21432-CVR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment granting Appellee Michelle Elise Parker Jordan's motion for summary judgment and the denying of Appellant's motion for summary judgment. We therefore reverse that part of the judgment of the court below and render judgment in favor of Appellant.

We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF JANUARY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.